# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY JACKSON, KEYSHA SCOTT, And SHEENA WARREN, | : <br> : <br> : 1:18-cv-2442 |
| Plaintiffs, | : <br> : Hon. John E. Jones III |
| v. | : <br> : |
| HANDS ON NURSING, INC., | : <br> : |
| Defendant. | : |

## ORDER

**June 4, 2019**

Presently before this Court is a Motion to Dismiss (Doc. 8) filed by Defendant Hands On Nursing, Inc. In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss (Doc. 8) is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case

s/ John E. Jones III
John E. Jones III
United States District Judge
